265 So.2d 175

**In re Lee Henry DOTSON**

v.

**STATE.**

**Ex parte Lee Henry Dotson.**

**1 Div. 735.**

Supreme Court of Alabama.

July 20, 1972.

Rehearing Denied Aug. 3, 1972.

Robert G. Kendall, Johnston, Johnston & Kendall, Mobile, for petitioner.

No brief from the State.

HARWOOD, Justice.

Petition of Lee Henry Dotson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dotson v. State, 48 Ala.App. ——, 265 So.2d 164.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and MADDOX, JJ., concur.

260 So.2d 607

**In re Susan K. DUNKIN**

v.

**STATE of Alabama.**

**Ex parte Susan K. Dunkin.**

**8 Div. 483.**

Supreme Court of Alabama.

March 30, 1972.

Bingham D. Edwards, Decatur, for petitioner.

William J. Baxley, Atty. Gen., for the State.

LAWSON, Justice.

Petition of Susan K. Dunkin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dunkin v. State, 47 Ala.App. 696, 260 So.2d 604.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.